**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Michael A. Casey                    CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 25-12116 DJB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                                      Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
02 Jun 2025, 13:56:29, EDT

                    KML Law Group, P.C.
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106-1532
                    (215) 627-1322