IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   Michael A. Casey                :          Bky. No.: 25-12116-DJB
                                         :
                                         :
         Debtor                          :          Chapter 13


**<u>DEBTOR'S ANSWER IN OPPOSITION TO THE MOTION FOR RELIEF FROM STAY FILED BY LAKEVIEW LOAN SERVICING, LLC</u>**


The Debtor herein, Michael A. Casey, by and through his counsel, hereby answers the Motion for Relief from the Automatic Stay filed by Lakeview Loan Servicing, LLC as follows:

1. Admitted.

2. Admitted in part; Denied in part. It is admitted that Debtor is the owner of the Premises. Strict proof is demanded of lien status.

3. Admitted, upon information and belief.

4. Admitted.

5. Admitted.

6. Denied. Movant will not take calls from the Debtor seeking to make payments.

7. Denied. There is no justification for this motion and incurrence of any fees and costs is not justified.

8. Denied. This is denied for the reasons stated in responses to paragraphs six and seven.

9. Denied. The averment is denied as a legal conclusion to which no response is required.

10. Denied. The averment is denied as a legal conclusion to which no response is required.

WHEREFORE, the Debtor respectfully requests that the Court deny the relief requested in the Motion, and for such other and further relief as is just.

Respectfully submitted,

Signed:  /s/Eugene A. Camposano
Eugene A. Camposano, Esquire
Attorney for Debtor

1250 Germantown Pike, Suite 205
Plymouth Meeting, PA 19462
Tel:   610-306-0626
Fax:  610-279-9390

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   Michael A. Casey           :        Bky. No.: 25-12116-DJB
                                    :
                                    :
         Debtor                     :        Chapter 13

## CERTIFICATION OF SERVICE

I, Eugene A. Camposano, hereby certify that the foregoing Debtor's Answer in Opposition to the Motion for Relief of Lakeview Loan Servicing, LLC was served by electronic means or first class mail, postage prepaid, on August 25, 2025 on the following:

Matthew Fissel, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA  19106

                                               Respectfully submitted,

                                               Signed:__/s/Eugene A. Camposano_____
                                                       Eugene A. Camposano, Esquire
                                                       Attorney for Debtor

                                                       1250 Germantown Pike, Suite 205
                                                       Plymouth Meeting, PA 19462
                                                       Tel:  610-306-0626
                                                       Fax:  610-279-9390