United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael A. Casey  
    Debtor

Case No. 25-12116-djb  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Sep 05, 2025      Form ID: pdf900      Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael A. Casey, 1742 Williams Way, Norristown, PA 19403-3373 |
| 15015167 | + | Lakeview Loan Servicing, LLC, c/o Matthew Fissel, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia PA 19106-1541 |
| 15012826 | + | McCabe, Weisberg & Conway, LLC, 1420 Walnut Street, Suite 1501, Philadelphia, PA 19102-4015 |
| 15012831 | | Montgomery County, PO Box 311, Norristown, PA 19404-0311 |
| 15012830 | + | Montgomery County Tax Claim Bureau, 1 Montgomery Plaza, Suite 600, Norristown, PA 19401-4851 |
| 15012829 | + | Origen Capital Investments (Citizens Bank), 333 Washington Street, 228, Boston, MA 02108-5132 |
| 15012832 | + | West Norriton Township, 1630 West Marshall Street, Norristown, PA 19403-3236 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 06 2025 00:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 06 2025 00:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15012828 | + | Email/Text: PHILAW@weltman.com | Sep 06 2025 00:36:00 | Discover Bank, 170 S Independence Mall W, Suite 874W, Philadelphia, PA 19106-3334 |
| 15012825 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 06 2025 00:36:00 | Lakeview Loan Servicing, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1839 |
| 15014985 | ^ | MEBN | Sep 06 2025 00:36:29 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15035952 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 06 2025 00:36:00 | LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15032298 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 06 2025 00:36:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15020189 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 06 2025 00:45:39 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15013339 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Sep 06 2025 00:46:28 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 15012827 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Sep 06 2025 00:46:28 | U.S. Secretary of Housing, and Urban Development, 801 Market Street, 12th Floor, Philadelphia, PA 19107 |

TOTAL: 10

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 05, 2025 | Form ID: pdf900 | Total Noticed: 17 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15015168 | *+ | Lakeview Loan Servicing, LLC, c/o Matthew Fissel, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia PA 19106-1541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 07, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| EUGENE A. CAMPOSANO | on behalf of Debtor Michael A. Casey camposanolaw@comcast.net |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    MICHAEL A. CASEY<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 25-12116-DJB |

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Derek J. Baker
Bankruptcy Judge

**Date: September 5, 2025**